No. D–1815.  IN RE DISBARMENT OF BARNES.  Brenda Powers Barnes, of Santa Monica, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1816.  IN RE DISBARMENT OF HORNE.  Wayne N. Horne, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–83.  EGGETT v. INTEGRATED SYSTEMS SOLUTIONS CORP. ET AL.;
No. M–84.  IRBY v. UNITED STATES; and
No. M–85.  OKORO v. UNITED STATES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96–188.  GENERAL ELECTRIC CO. ET AL. v. JOINER ET UX.  C. A. 11th Cir.  [Certiorari granted, 520 U. S. 1114.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–667.  UNITED STATES v. HYDE, 520 U. S. 670.  Motion of respondent to modify the opinion of this Court denied.

No. 96–1462.  LUNDING ET UX. v. NEW YORK TAX APPEALS TRIBUNAL ET AL.  Ct. App. N. Y.  [Certiorari granted, 520 U. S. 1227.]  Motion of petitioners to dispense with printing the joint appendix granted.

No. 96–1482.  LEXECON INC. ET AL. v. MILBERG WEISS BERSHAD HYNES & LERACH ET AL.  C. A. 9th Cir.  [Certiorari granted, 520 U. S. 1227.]  Motion of Cotchett respondents to be dismissed as parties to this case denied.

No. 96–7151.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  [Certiorari granted, 520 U. S. 1209 and 1226.]  Motion of James M. Lewis for leave to proceed further herein *in forma pauperis* granted.

No. 96–1151.  IN RE ALLEN ET AL.  Petition for writ of mandamus denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.